William A. DAWSON, Petitioner-Appellant,

v.

Ed NELSON, Sheriff of Arapahoe County, State of Colorado, Respondent-Appellee.

No. 82SA313.

Supreme Court of Colorado, En Banc.

April 18, 1983.

David F. Vela, Colorado State Public Defender, Saskia A. Stephenson, Deputy State Public Defender, Littleton, for petitioner-appellant.

J.D. MacFarlane, Atty. Gen., Charles B. Howe, Deputy Atty. Gen., Joel W. Cantrick, Sol. Gen., Patricia A. Wallace, Asst. Atty. Gen., Denver, for respondent-appellee.

DUBOFSKY, Justice.

The petitioner-appellant, William Dawson, appeals the Arapahoe County district court's discharge of his petition for a writ of habeas corpus. The district court discharged the writ because the warrant and supporting documents substantially charged the petitioner with the crime of murder in California. On appeal, the petitioner claims that extradition should be denied because he was detained for longer than 30 days after his arrest, in violation of section 16–19–116, C.R.S. 1973 (1978 Repl.Vol. 8).[1] We affirm the district court's discharge of the petition.

The petitioner was arrested in Arapahoe County on March 11, 1982, based on a report that listed the vehicle he was driving as stolen. He appeared in court on April 15, 1982, 35 days later. Colorado authorities served the petitioner with the Colorado

**684**

governor's warrant on or about May 13, 1982. The petitioner filed a petition seeking a writ of habeas corpus on May 14, 1982. The district court discharged the writ on May 20, 1982.

The petitioner contends on appeal that his detention contravenes the mandate of section 16–19–116 that a fugitive awaiting requisition documents be committed to the county jail "for such a time not exceeding thirty days." For the reasons stated in our opinion in *Casler v. Nelson,* 661 P.2d 1166 (Colo.1983) we find the petitioner's argument to be without merit.

Judgment affirmed.